# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. JKB-15-0019 |
| ELIOT KNECHT FRIEDMAN | * |
| Defendant | * |

\*\*\*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 53). The Government has not responded to this motion nor has the Court required that they do so during the four days that it has been pending.

While the Court congratulates the Defendant on the success that he has evidently achieved while on supervised release to date, it is not inclined to terminate the supervised release term previously imposed after expiration of just one quarter of that term. In addressing child pornography offenses, Congress has recognized the uniqueness of this category of crimes and they have specially authorized the imposition of lengthy supervised release terms upon child pornography defendants. Recidivism is a legislative concern. It is one the Court shares.

When the Defendant was sentenced, he was sanctioned in compliance with 18 U.S.C. § 3553 (a). Relevant factors and their purposes were all considered. The Defendant is not entitled to a new sentencing hearing at this time. Nonetheless, in reviewing the instant motion, the Court has reflected on the factors that are set out in the referenced statute. The Court finds that its responsibilities to protect the public from further crimes of the Defendant and to insure that the

Defendant continues to receive appropriate counseling and treatment weigh heavily in favor of the Defendant's remaining on supervised release, and this in spite of the extensive information in mitigation supplied in the instant motion.

Accordingly, the Defendant's SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 53) is DENIED.

Dated this __20__ day of September, 2022.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge